IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                                    PLAINTIFF

v.                              NO. 4:13CR00186 JLH

DONOVAN A. SMITH                                                                              DEFENDANT

## ORDER

The motion to dismiss filed by the United States is GRANTED. Document #2. The Information is hereby dismissed, and the summons issued to Donovan A. Smith is quashed.

IT IS SO ORDERED this 21st day of June, 2013.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE